## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-03882 |
| | ) | |
| VLAHOS, JUDITH A. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 30, 2014 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  August 18, 2014_____        By:  /s/  Richard M. Fogel_____
                                                                      Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: VLAHOS, JUDITH A                              §   Case No. 14-03882
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 7,500.00 |
| *and approved disbursements of* | $ | 32.24 |
| *leaving a balance on hand of* [1] | $ | 7,467.76 |

**Balance on hand:**                  $        7,467.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:                          $      7,467.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,500.00 | 0.00 | 1,500.00 |

Total to be paid for chapter 7 administration expenses:     $      1,500.00
Remaining balance:                                          $      5,967.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:                                              $      5,967.76

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:     $          0.00

Remaining balance:     $          5,967.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,317.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 5,648.29 | 0.00 | 1,445.57 |
| 2 | Discover Bank | 16,091.35 | 0.00 | 4,118.27 |
| 4 | Capital Recovery V, LLC | 1,578.23 | 0.00 | 403.92 |

Total to be paid for timely general unsecured claims:     $          5,967.76

Remaining balance:     $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $          0.00

Remaining balance:     $          0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance:                          $ _____ 0.00

Prepared By:  /s/RICHARD M. FOGEL _____

Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 14-03882-JBS
Judith A Vlahos                                                     Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1        User: dwilliams        Page 1 of 1         Date Rcvd: Aug 19, 2014
                            Form ID: pdf006        Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2014.
```
db            +Judith A Vlahos,    5807 S. Narragansett,    Chicago, IL 60638-3406
21501476       FIA Card Service,    P.O. Box 851001,    Dallas, TX 75285-1001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21501472      +E-mail/Text: ally@ebn.phinsolutions.com Aug 20 2014 01:29:28      Ally,   P.O. Box 380901,
               Bloomington, MN 55438-0901
21501474      +E-mail/Text: bankruptcy@cavps.com Aug 20 2014 01:31:49      Calvary SPV,    P.O. Box 520,
               Valhalla, NY 10595-0520
22027834       E-mail/PDF: rmscedi@recoverycorp.com Aug 20 2014 01:39:40      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
21665938      +E-mail/Text: bankruptcy@cavps.com Aug 20 2014 01:31:49      Cavalry SPV I, LLC,
               as assignee of FIA Card Services, NA,    500 Summit Lake Drive, Ste 400,
               Valhalla, NY 10595-1340
21501475      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 20 2014 01:39:51      Discover,   P.O. Box 6103,
               Carol Stream, IL 60197-6103
21681328       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 20 2014 01:39:51      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21501477      +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2014 01:39:39      JCPenny Credit Services,
               GE Capital Retail Bank,    P.O. Box 960001,    Orlando, FL 32896-0001
21714353       E-mail/Text: bnc-quantum@quantum3group.com Aug 20 2014 01:30:31
               Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
               Kirkland, WA  98083-0788
21501478      +E-mail/Text: BKRMailOps@weltman.com Aug 20 2014 01:30:59      Weltman, Weinberg & Reis Co., LPA,
               180 N. Lasalle St # 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21501473*     +Ally,   P.O. Box 380901,    Bloomington, MN 55438-0901
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2014                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2014 at the address(es) listed below:
        Christine R Piesiecki    on behalf of Debtor Judith A Vlahos polskadwokat@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
        Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,  il72@ecfcbis.com
                                                                              TOTAL: 4
```