**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: VLAHOS, JUDITH A § Case No. 14-03882
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $6,410.00        Assets Exempt: $6,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,967.76    Claims Discharged
                                              Without Payment: $17,350.11

Total Expenses of Administration: $1,532.24

3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $28,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,532.24 | 1,532.24 | 1,532.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,010.52 | 24,383.86 | 23,317.87 | 5,967.76 |
| **TOTAL DISBURSEMENTS** | $53,010.52 | $25,916.10 | $24,850.11 | $7,500.00 |

    4) This case was originally filed under Chapter 7 on February 07, 2014. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2014    By: /s/RICHARD M. FOGEL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Chevrolet Silverado | 1229-000 | 6,900.00 |
| 2011 Chevrolet Equinax | 1229-000 | 600.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ally | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally | 4110-000 | 13,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$28,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.41 | 10.41 | 10.41 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 11.83 | 11.83 | 11.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $1,532.24 | $1,532.24 | $1,532.24 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | 5,648.29 | 5,648.29 | 5,648.29 | 1,445.57 |
| 2 | Discover Bank | 7100-000 | 17,712.23 | 16,091.35 | 16,091.35 | 4,118.27 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,065.99 | 0.00 | 0.00 |
| 4 | Capital Recovery V, LLC | 7100-000 | 1,650.00 | 1,578.23 | 1,578.23 | 403.92 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $25,010.52 | $24,383.86 | $23,317.87 | $5,967.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-03882  
**Case Name:** VLAHOS, JUDITH A

**Period Ending:** 11/07/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 02/07/14 (f)  
**§341(a) Meeting Date:** 03/11/14  
**Claims Bar Date:** 06/17/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
| 1   Cash on hand<br>      Imported from original petition Doc# 13 | 4,000.00 | 0.00 | | 0.00 | FA |
| 2   Checking account with Bridgeview Bank<br>      Imported from original petition Doc# 13 | 10.00 | 10.00 | | 0.00 | FA |
| 3   Miscellaneous household good and furnishings<br>      Imported from original petition Doc# 13 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4   Miscellaneous used wearing apparel<br>      Imported from original petition Doc# 13 | 400.00 | 0.00 | | 0.00 | FA |
| 5   Miscellaneous jewelry<br>      Imported from original petition Doc# 13 | 500.00 | 0.00 | | 0.00 | FA |
| 6   2009 Chevrolet Silverado<br>      Imported from original petition Doc# 13  (See Footnote) | 20,000.00 | 6,900.00 | | 6,900.00 | FA |
| 7   2011 Chevrolet Equinax<br>      Imported from original petition Doc# 13  (See Footnote) | 14,000.00 | 675.00 | | 600.00 | FA |
| 8   2 dogs<br>      Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 8   Assets   Totals (Excluding unknown values) | **$40,410.00** | **$7,585.00** | | **$7,500.00** | **$0.00** |

RE PROP# 6    Amended 4-28-14.  Trustee authorized to sell estate's interest to debtor per o/c 5-19-14.  
RE PROP# 7    Amended 4-28-14.  Trustee authorized to sell estate's interest to debtors per o/c 5-19-14.

---

**Major Activities Affecting Case Closing:**

   Trustee is negotiating sale back to debtor of equity in vehicles  
   Claims bar date is Aug 6

**Initial Projected Date Of Final Report (TFR):**    June 30, 2015          **Current Projected Date Of Final Report (TFR):**    August 18, 2014  (Actual)

Case 14-03882    Doc 39    Filed 12/09/14    Entered 12/09/14 14:19:06    Desc Main
Document      Page 6 of 6

Case 14-03882    Doc 39    Filed 12/09/14    Entered 12/09/14 14:19:06    Desc Main
Document      Page 6 of 6

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-03882  
**Case Name:** VLAHOS, JUDITH A  

**Taxpayer ID #:** **-***7200  
**Period Ending:** 11/07/14  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/14 | | CHRISTINE PIESIECKI | Purchase of equity in motor vehicles | | 7,500.00 | | 7,500.00 |
| | {6} | | 6,900.00 | 1229-000 | | | 7,500.00 |
| | {7} | | 600.00 | 1229-000 | | | 7,500.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,490.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.41 | 7,479.59 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.83 | 7,467.76 |
| 10/03/14 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,500.00, Trustee Compensation;  Reference: | 2100-000 | | 1,500.00 | 5,967.76 |
| 10/03/14 | 102 | Cavalry SPV I, LLC | 25.59% dividend on Claim # 1, Ref: 4888 9361 9941 7100 | 7100-000 | | 1,445.57 | 4,522.19 |
| 10/03/14 | 103 | Discover Bank | 25.59% dividend on Claim # 2, Ref: 4612 | 7100-000 | | 4,118.27 | 403.92 |
| 10/03/14 | 104 | Capital Recovery V, LLC | 25.59% dividend on Claim # 4, Ref: 862 01 | 7100-000 | | 403.92 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 7,500.00 | 7,500.00 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 7,500.00 | 7,500.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$7,500.00** | **$7,500.00** | |

Net Receipts :         7,500.00  
Net Estate :              $7,500.00  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5166** | 7,500.00 | 7,500.00 | 0.00 |
| | **$7,500.00** | **$7,500.00** | **$0.00** |

{} Asset reference(s)                                                                                                                Printed: 11/07/2014 07:45 AM    V.13.15